# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,
    Plaintiffs

vs.

CRANE RENTAL CO., INC.,
    Defendant

and

BANKNORTH N.A.,
    Trustee

C.A. No. 05-10071 NG

## MOTION FOR AN EX PARTE ORDER OF ATTACHMENT BY TRUSTEE PROCESS

Now come the plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64 of the Federal Rules of Civil Procedure, G.L. c. 246 and Rule 4.2 of the Massachusetts Rules of Civil Procedure, for an Ex Parte Order of Attachment by Trustee Process of the bank accounts of defendant Crane Rental Co., Inc. ("Crane"), currently held by BankNorth, N.A., subject to the statutory exemptions of M.G.L. c. 246 and Title II of the Federal Consumer Credit Protection Act, 15 U.S.C. §1673, to the value of $255,993.39, representing the demand for judgment plus estimated interest, statutory liquidated damages, attorneys' fees, and costs.

In support thereof, plaintiffs state there is a substantial likelihood that the Funds will recover a judgment, including unpaid contributions, liquidated damages, interest, attorneys' fees and costs, in an amount equal to or greater than the amount of the attachments; that defendants are likely to move money from the accounts if they have knowledge of this motion; and that on information and belief, no liability insurance is available to satisfy the judgment.

In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of James Bucci and Anne R. Sills, and other pleadings on file in this case.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: February 8, 2005

GAG/gag&ts
ARS 3118 04-514/motexpor.doc