UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,
Plaintiffs

vs.

CRANE RENTAL CO., INC.,
Defendant

and

BANKNORTH N.A.,
Trustee

C.A. No. 05-10071 NG

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Crane Rental Co, Inc. since on or about December 3, 2004. Since that date, we have incurred legal fees of $836.00 and costs of $155.85.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF FEBRUARY, 2005.

_____
Anne R. Sills, Esquire

GAG/gag&ts
ARS 3118 04-514/affsills.doc