## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,<br>       Plaintiffs<br><br>       vs.<br><br>CRANE RENTAL CO., INC.,<br>       Defendant<br><br>       and<br><br>BANKNORTH N.A.,<br>       Trustee | C.A. No. 05-10071 NG |

## CERTIFICATE RE TRUSTEE PROCESS

I, Gregory A. Geiman, of the firm of Segal, Roitman & Coleman, attorneys for the plaintiffs, do hereby certify that the above-entitled action was:

1.     in contract for personal services; and

2.     for money due under a contract in writing.

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter
246, Section 1, of the General Laws of Massachusetts.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  February 8, 2005

GAG/gag&ts
ARS 3118 04-514/certrepr.doc

2