UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, <br>             Plaintiffs <br><br> v. <br><br> CRANE RENTAL CO., INC., <br>             Defendant <br> and <br><br> BANKNORTH N.A., <br>             Trustee | Civil No. 05-10071-NG |

**DEFENDANT'S ANSWER TO COMPLAINT**

NOW COMES the Defendant, Crane Rental Co., Inc., by its counsel, and states to this Honorable Court its response to the Complaint filed by the Plaintiffs in this action.

The Defendant responds to Plaintiffs' Complaint as follows:

1. The allegations of Paragraph 1 do not require a response from the Defendant.

2. The allegations of Paragraph 2 do not require a response from the Defendant.

3. The Defendant is without knowledge to admit or deny the allegations of Paragraph 3.

4. The Defendant is without knowledge to admit or deny the allegations of Paragraph 4.

5. The Defendant is without knowledge to admit or deny the allegations of Paragraph 5.

6. The Defendant is without knowledge to admit or deny the allegations of Paragraph 6.

7. The Defendant is without knowledge to admit or deny the allegations of Paragraph 7.

8. The Defendant is without knowledge to admit or deny the allegations of Paragraph 8.

9. Admitted that the Defendant is a corporation with a principal place of business at 205 Main Street, Tewksbury, Massachusetts. The remaining allegations of Paragraph 9 do not require a response.

10. The allegations of Paragraph 10 do not apply to the Defendant.

11. The Defendant is without knowledge to admit or deny the allegations of Paragraph 11.

12. The allegations of Paragraph 12 relate to documents which specifically speak for themselves and do not require a response from the Defendant.

13. The allegations of Paragraph 13 relate to documents which specifically speak for themselves and do not require a response from the Defendant.

14. The Defendant incorporates its answers to Paragraphs 1 through 13 as if restated verbatim herein.

15. Admitted that the Defendant entered into a payment schedule on or about March 3, 2004, the Defendant is without knowledge to admit or deny the remaining allegations of Paragraph 15.

16. Denied.

17. The Defendant is without knowledge to admit or deny the allegations of Paragraph 17.

18. Denied.

19. Paragraph 19 states conclusions of law and does not require a response from the Defendant.

20. The allegations of Paragraph 20 do not set forth allegations of fact and do not require a response from the Defendant.

21. Paragraph 21 does not require a response from the Defendant.

22. The Defendant incorporates it answers to Paragraphs 1 through 21 as if restated verbatim herein.

23. The Defendant is without knowledge to admit or deny the allegations of Paragraph 23.

24. The Defendant is without knowledge to admit or deny the allegations of Paragraph 24.

25. Denied.

WHEREFORE, the Defendant respectfully requests this Honorable Court to determine the respective rights of the parties, to issue one or more orders

dismissing the Plaintiffs' Complaint, and to grant the Defendant such other and further relief as the Court deems just and proper.

                                                    Respectfully submitted,

                                                   Crane Rental Co., Inc.
                                                   By its attorney,

Dated: April 7, 2005                  /s/ Michael B. Feinman
                                                   Michael B. Feinman
                                                   BBO#545935
                                                   Feinman Law Offices
                                                   23 Main Street
                                                   Andover, MA  01810
                                                   Tel:  978-475-0080
                                                   Fax: 978-475-0852
                                                   Email:mbf@feinmanlaw.com

05x3894\response.doc