UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,<br>                    Plaintiffs<br><br>v.<br><br>CRANE RENTAL CO., INC.,<br>                    Defendant<br>and<br><br>BANKNORTH N.A.,<br>                    Trustee | Civil No. 05-10071-NG |

**CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served Defendant's Answer to Complaint, by mailing a true and accurate copy of same, via first class mail, postage prepaid, to the following party in interest:

Anne R Sills, Esq.
Segal, Roitman & Coleman
11 Beacon street, Suite #500
Boston, MA  02108

Dated:  April 7, 2005                       /s/ Michael B. Feinman
                                            Michael B. Feinman

05x3894\Union Lawsuit\certofserv4-7-05.doc