UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LKOCAL 4,<br>              Plaintiffs<br><br>v.<br><br>CRANE RENTAL CO., INC.,<br>              Defendant<br>and<br><br>BANKNORTH N.A.,<br>              Trustee | Civil No. 05-10071-NG |

**OPPOSITION TO MOTION FOR RECONSIDERATION**

NOW COMES the Defendant, by its counsel, and states to this Honorable Court its opposition to the motion for reconsideration brought by the Defendant in this case.

Clearly, as set forth in this circuit, a motion for reconsideration is not a means by which parties can rehash previously made arguments, but are required to submit newly discovered evidence or a demonstration of manifest error of fact or law. *In re Wedgestone Financial,* 142 B.R. 7, 8 (Bkrtcy.D.Mass. 1992), *Landrau-Romero v. Banco Popular de Puerto Rico,* 212 F.3d 607, 612 (1st Cir., 2000). In this case, the only new basis for seeking reconsideration based upon the motion of the

- 2 -

Plaintiff is the affidavit of counsel that the granting of attachments is often ". . . a successful means-and often the sole means-by which to bring companies to the settlement table in suits regarding unpaid contributions . . .".  This is an improper basis for seeking an attachment, and clearly does not give rise to a basis for reconsideration of an order already entered.

    WHEREFORE, THE Defendant respectfully requests this Honorable Court to deny the Plaintiff's motion and to grant the Defendant such other and further relief as this Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Crane Rental Co., Inc.<br>By its attorney, |
| Dated: April 12, 2005 | /s/ Michael B. Feinman<br>Michael B. Feinman<br>BBO#545935<br>Feinman Law Offices<br>23 Main Street<br>Andover, MA  01810<br>Tel:  978-475-0080<br>Fax: 978-475-0852<br>Email:mbf@feinmanlaw.com |

05/3894\opposition.doc