## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,<br>　　　　　　　　Plaintiffs<br><br>v.<br><br>CRANE RENTAL CO., INC.,<br>　　　　　　　　Defendant<br>and<br><br>BANKNORTH N.A.,<br>　　　　　　　　Trustee | Civil No. 05-10071-NG |

### CERTIFICATE OF SERVICE

I, Michael B. Feinman, hereby certify that I have this day served Defendant's Opposition to Motion for Reconsideration, by mailing a true and accurate copy of same, via first class mail, postage prepaid, to the following party in interest, if not served electronically.

> Anne R Sills, Esq.
> Segal, Roitman & Coleman
> 11 Beacon street, Suite #500
> Boston, MA  02108

| | |
|---|---|
| Dated:  April 12, 2005 | /s/ Michael B. Feinman<br>Michael B. Feinman |

05x3894\Union Lawsuit\certofserv4-7-05.doc