UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,
Plaintiffs

vs.

CRANE RENTAL CO., INC.,
Defendant

and

BANKNORTH N.A.,
Trustee

C.A. No. 05-10071 NG

## AFFIDAVIT OF GREGORY A. GEIMAN

1. My name is Gregory A. Geiman. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Crane Rental Co, Inc. since on or about December 3, 2004.

3. It has been my experience that the granting of Ex Parte Motions for Attachment by Trustee Process has been a successful means – and often the sole means – by which to bring companies to the settlement table in suits regarding unpaid contributions.

4.   It has also been, in far too many cases, the only source of money that the Funds receive toward a large delinquency such as the one at hand.

5.   Upon information and belief, the Honorable Nancy Gertner has granted Motions for Ex Parte Attachment by Trustee Process by the Funds in at least five separate cases since 2000. Those cases are: <u>Russell F. Sheehan, et al. v. Nigro Electrical Corp.</u>, C.A. No. 00-10196 NG; <u>Paul J. McNally, et al. v. C.C.&M., Inc.</u>, C.A. No. 01-11904 NG; <u>Thomas Broderick, et al. v. CTI Erection Specialist Corp. and its alter ego and/or successor A&D Erectors, Inc.</u>, C.A. No. 03-10558 NG; <u>Paul J. McNally, et al. v. ODF Contracting Co, Inc.</u>, C.A. No. 03-12550 NG; <u>Paul J. McNally, et al. v. Littleton Environmental Services, Inc.</u>, C.A. No. 03-12461 NG.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF MARCH, 2005.

_____
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-514/affgeiman.doc

2