UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, Plaintiffs<br><br>vs.<br><br>CRANE RENTAL CO., INC., Defendant<br><br>and<br><br>BANKNORTH N.A., Trustee | C.A. No. 05-10071 NG |

## MOTION FOR ATTACHMENT OF
## PERSONAL PROPERTY OF DEFENDANT

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach personal property of the Defendant Crane Rental Co., Inc. ("Crane"), to the value of $241,193.04, representing the demand for judgment plus estimated interest, statutory liquidated damages, attorneys' fees, and costs.

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability

insurance shown by the Defendant to be available to satisfy the judgment. In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of James Bucci and Anne R. Sills, and other pleadings on file in this case.

        Respectfully submitted,

        LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

        By their attorneys,

        _____
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA 02108
        (617) 742-0208

Dated: May 9, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with Defendant's counsel, Michael B. Feinman, and attempted in good faith to resolve or narrow the issues.

        _____
        Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Attachment of Personal Property of Defendant has been served by first class mail upon attorney Michael B. Feinman at Feinman Law Offices, 23 Main Street, Andover, MA 01810 this 9th day of May, 2005.

        _____
        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-514/motattach-persprop.doc