UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and the INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 4,
NG                  Plaintiffs

C.A. No. 05-10071

vs.

CRANE RENTAL CO., INC.,
        Defendant

and

BANKNORTH N.A.,
        Trustee

## ORDER FOR TEMPORARY RESTRAINING ORDER

This matter, having come before me on the Plaintiffs' Motion for Temporary Restraining Order, and upon consideration of the motion, memorandum of law, and affidavit on file, I find that:

1) Plaintiffs have exhibited a likelihood of success on the merits;

2) The Defendant's secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of sums that have been received from Baldwin Crane under the terms of Baldwin Crane's confirmed plan of reorganization in its Chapter 11 bankruptcy proceedings will result in irreparable injury, loss and damage to the Plaintiffs;

3) The issuance of a preliminary injunction herein will not cause undue inconvenience or loss to the Defendant but will prevent irreparable injury to the

Plaintiffs, and would further the public interest; and

4) There is no adequate remedy at law.

WHEREFORE, it is hereby ORDERED that:

Plaintiffs shall be granted a temporary restraining order and Defendant Crane Rental Co., Inc. and its agents, servants, employees, attorneys, and those persons in active participation or concert with it and those persons acting at its command, and each and every one of them, shall be enjoined from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of sums that have been received from Baldwin Crane & Equipment Corporation, Ltd., Inc. under the terms of the confirmed plan of reorganization in Baldwin Crane & Equipment Corporation's Chapter 11 bankruptcy until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action. Further, the Defendant shall inform the Plaintiffs as to the whereabouts of any payments that have been received from Baldwin Crane & Equipment Corporation under the terms of Baldwin Crane's Chapter 11 bankruptcy.

SO ORDERED.

_____
The Honorable Nancy Gertner
United States District Court

Dated:_____

GAG/gag&ts
ARS 3118 04-514/order-tro.doc