UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LKOCAL 4,<br>                    Plaintiffs<br><br>v.<br><br>CRANE RENTAL CO., INC.,<br>                    Defendant<br>and<br><br>BANKNORTH N.A.,<br>                    Trustee | Civil No. 05-10071-NG |

**SUGGESTION OF BANKRUPTCY**

Now comes the Defendant, Crane Rental Company, Inc., by its attorney, and states to this Honorable Court that on May 17, 2005 it caused to be filed a proceeding with the United States Bankruptcy Court for the District of Massachusetts, under Chapter 11 of the United States Bankruptcy Code, Case No. 05-43338-JBR, pursuant to the provisions of 11 U.S.C. §101 et seq.

Pursuant to the provisions of 11 U.S.C. §362(a), this action against the Defendant, Crane Rental Company, Inc., is subject to an order of the above referenced Court requiring this action to be stayed.

The filing of this pleading shall not constitute a notice of appearance on behalf of the Defendant, either generally or specially, in any manner with regard to the above captioned case, but is filed on behalf of the Defendant for informational and notice purposes only to all parties in interest.

WHEREFORE, the Defendant(s) respectfully request(s) this Honorable Court to stay these proceedings as provided in 11 U.S.C. §362(a).

Respectfully submitted,

Crane Rental Co., Inc.
By its attorney,

Dated: May 17, 2005

/s/ Michael B. Feinman
Michael B. Feinman
BBO#545935
Feinman Law Offices
23 Main Street
Andover, MA  01810
Tel:  978-475-0080
Fax: 978-475-0852
Email:mbf@feinmanlaw.com

Chapter11\Crane\Suggestion of Bankruptcy