## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,<br>　　　　　　　Plaintiffs<br><br>v.<br><br>CRANE RENTAL CO., INC.,<br>　　　　　　　Defendant<br>and<br><br>BANKNORTH N.A.,<br>　　　　　　　Trustee | Civil No. 05-10071-NG |

## **CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served a Suggestion of Bankruptcy on behalf of the Defendant, by transmitting same via facsimile to the following party in interest, if not served electronically.

Anne R Sills, Esq.
Segal, Roitman & Coleman
11 Beacon street, Suite #500
Boston, MA  02108
(617) 742-2187

Dated:  May 17, 2005　　　　　　　　　　　　　/s/ Michael B. Feinman
　　　　　　　　　　　　　　　　　　　　　　　Michael B. Feinman

05x3894\Union Lawsuit\certofserv5-17-05.doc