UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Louis G. Rasetta**
Petitioner,

v.                                             Civil Action No.  05-10071-NG

Crane Rental Company, Inc.,
Respondent,

**GERTNER, D.J.:**

### ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the Bankruptcy proceedings.  To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the Bankruptcy proceedings, if any further action is required.

Dated:5/18/05                                             s/ Maryellen Molloy
                                                          Deputy Clerk