```
                                          FILED
                                          Clerk's Office
                                          USDC, Mass.
                                          Date 5/23/05
                                          By
         COMMONWEALTH OF MASSACHUSETTS    Deputy Clerk
```

DISTRICT COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
Case No. 05-10071 NG

LOUIS G. RASETTA ET AL. )
(Plaintiff) )
 )
 )
v. ) TRUSTEE'S ANSWER
 )
 )
CRANE RENTAL CO., INC. )
(Defendant) )
 )
 )
BANKNORTH, N.A. *dba* )
BANKNORTH MASSACHUSETTS )
(Trustee Defendant) )

Now comes Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had no goods, effects, or credits in the name Crane Rental Co., Inc. in its possession available for attachment.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 18th DAY OF MAY 2005.

BANKNORTH, N.A.

BY: _____

James B. Everhart
Legal Assistant
Legal Department
Banknorth, N.A.

STATE OF MAINE                     May 18, 2005
CUMBERLAND, SS.

Personally appeared the above-named James B. Everhart, who acknowledged that the foregoing Disclosure was true to the best of her knowledge and belief.

Before me,

_____
Nancy Dumont, Notary Public

NANCY DUMONT
Notary Public, Maine
My Commission Expires April 11, 2008